UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Shawn Moses,

                Plaintiff(s),

-against-

Robert E. Ercole, Superintendent,
Green Haven Correctional Facility,

                Defendant(s).

------------------------------------------------------------X

08 Civ. 3839 (KMK) (GAY)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable George A. Yanthis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

        Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_✓\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: May 15, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge