

**OFFICE OF THE DISTRICT ATTORNEY**
**WESTCHESTER COUNTY**

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000

**JANET DiFIORE**
DISTRICT ATTORNEY

**MEMO ENDORSED**



July 14, 2008

Hon. George A. Yanthis
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Shawn Moses v. Ercole, Superintendent
    08 Civ. 3839 (KMK)(GAY)

Your Honor:

Pursuant to the Court's order of May 16, 2008, respondent's answer is required to be filed by July 15, 2008.
Due to numerous other matters pending in both state and federal courts, the issues raised by the petitioner, and a severe shortage of personnel in the section handling collateral post-conviction litigation for this Office, it is necessary that we request an extension of time in order to adequately respond to the allegations of the petition and provide the relevant exhibits. **We request that respondent's time to answer be enlarged to July 25, 2008.**
No prior request for such relief has been made. As the petition is *pro se*, petitioner's consent for this application has not been sought.
Thank you for your consideration of these matters.

*Application Granted;*
**SO ORDERED:** _____ 7/14/08
Hon. George A. Yanthis
United States Magistrate Judge.

Very Truly Yours,

JANET DiFIORE
District Attorney

Joseph M. Latino
Assistant District Attorney

cc: Shawn Moses
    04 A 3531
    Green Haven Correctional Facility
    Stormville NY 12582