Case 7:08-cv-03839-KMK-GAY   Document 9   Filed 08/29/2008   Page 1 of 1

GREEN HAVEN CORR. F.
P.O. Box 4000
Stormville NY 12582

August 22, 2008

Hon. George A. Yanthis
United States District Court
Southern District of New York
300 Quarropas Street
White Plains New York 10601

Re: Shawn Moses v. Ercole Superintendent
08 Civ. 3839 (KMK)(GAY)

**MEMO ENDORSED**

I Shawn Moses respectfully ask the court's to grant me a 10 day time extension to adequately respond to respondent's brief. I request petitioner time be enlarged to Sep 5, 2008.

No prior request has been made for such relief. Petitioner is pro se,

Very truly yours
Shawn Moses
Petitioner

cc. Joseph M. Latino
Assistant District Attorney
Westchester County Court House
111 Dr. Martin Luther King Jr Blvd.
White Plains NY 10601

Approved.

SO ORDERED:
Hon. George A. Yanthis
United States Magistrate Judge.

Copies mailed 8/29/08
Chambers of Judge Yanthis